| | |
|---|---|
| Richard S. Taffet (*pro hac vice*)<br>richard.taffet@morganlewis.com<br>Gary A. Adler (*pro hac vice*)<br>gary.adler@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: 212-309-6000<br>Fax: 212-309-6001<br><br>Seth M. Gerber (SBN 202813)<br>seth.gerber@morganlewis.com<br>Christopher M. Popecki (SBN 334069)<br>christopher.popecki@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue 22nd Floor<br>Los Angeles, CA 90071<br>Tel: 213-612-2500<br>Fax: 213-612-2501<br><br>Michael D. Weil (SBN 209056)<br>michael.weil@morganlewis.com<br>Amar S. Naik (SBN 307208)<br>amar.naik@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market Street, Spear Tower<br>San Francisco, California 94105<br>Tel:   +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>Attorneys for Plaintiff<br>NATIONWIDE PROPERTY &<br>APPRAISAL SERVICES LLC,<br>A New Jersey limited liability company | RUTAN & TUCKER, LLP<br>Michael Adams (SBN 185835)<br>madams@rutan.com<br>Kenneth J. Zielinkski (SBN 258555)<br>kzielinski@rutan.com<br>Seth M. Jessee (SBN 310983)<br>sjessee@rutan.com<br>Sarah Gilmartin (SBN 324665)<br>18575 Jamboree Road, 9th Floor<br>Irvine, California 92612<br>Tel:   +1.714.641.5100<br>Fax:   +1.714.546.9035<br><br>Attorneys for Defendants<br>NICOLE ANDREWS, RYAN ANDREWS and FASTAPP INC.<br><br>J S - 6 |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONWIDE PROPERTY & APPRAISAL SERVICES LLC, a New Jersey limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>NICOLE ANDREWS, an individual, RYAN ANDREWS, an individual, and FASTAPP INC., a New York corporation,<br><br>            Defendants. | Case No. 8:20-cv-02126-JVS (JDEx)<br><br>Honorable James V. Selna<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   November 4, 2020<br>Ryan Andrews' Counter-Complaint<br>Filed:                           June 7, 2021<br>Fastapp's Counter-Complaint<br>Filed:                           June 29, 2021<br>Trial:                     September 13, 2022 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE

Based upon the Parties' Stipulation to dismiss this action with prejudice in its entirety in consideration of a negotiated settlement agreement executed by them,

IT IS HEREBY ORDERED THAT:

This action is dismissed with prejudice in its entirety; each party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   October 28, 2021

Hon. James V. Selna
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE